UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN ALLEN, et al., | No. 2:18-cv-02230-MCE-CKD |
| Plaintiffs, | |
| v. | **AMENDED NON-RELATED CASE ORDER** |
| SANTA CLARA COUNTY CORRECTIONAL PEACE OFFICERS ASSOCIATION, et al. | |
| Defendants. | |
| LILIANA HERNANDEZ, et al. | No. 2:18-cv-02419-WBS-EFB |
| Plaintiffs, | |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al. | |
| Defendants. | |
| RUTH ALISER, et al. | No. 2:18-cv-02574-MCE-CKD |
| Plaintiffs, | |
| v. | |
| CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION, et al. | |
| Defendants. | |

1

| | |
|---|---|
| TERRY C. COOLEY, | No. 2:18-cv-02961-JAM-AC |
| Plaintiff, | |
| v. | |
| CALIFORNIA STATEWIDE LAW ENFORCEMENT ASSOCIATION, et al., | |
| Defendants. | |
| WILLIAM D. BRICE, et al. | No. 2:18-cv-03106-MCE-EFB |
| Plaintiffs, | |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al. | |
| Defendants. | |

The Court has received the Notices of Related Cases filed on December 7, 2018. See Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATED: January 14, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE