IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEAN ALLEN, JENNIFER BICE, STANLEY GRAHAM, BRADLEY TAYLOR, and JUANITA WIGGINS, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**SANTA CLARA COUNTY CORRECTIONAL PEACE OFFICERS ASSOCIATION; MARK GREGERSEN, ERIC BANKS, PRISCILLA WINSLOW, ERICH SHINERS, and ARTHUR A. KRANTZ, in their official capacities as chair and members of the California Public Employment Relations Board,**<br><br>Defendants. | Case No. 2:18-cv-02230<br><br>**ORDER LIFTING STAY** |

Pursuant to the Joint Status Report filed on March 4, 2019 (ECF No. 24), and for good cause shown, the Court orders as follows:

The Order staying proceedings in this matter, entered on January 3, 2019 (ECF No. 20), is hereby lifted. By March 19, 2019, counsel for Plaintiffs shall file a First Amended Complaint, or notify the Court and parties that they intend to proceed with litigation on the current Complaint (ECF No. 1). Responsive pleadings to the current Complaint or First Amended Complaint shall be filed by April 9, 2019.

All further deadlines, including, but not limited to: (1) completion of the parties' meet and confer requirements under Rule 26(f) of the Federal Rules of Civil Procedure (FRCP); and (2) completion of the initial disclosures as required under FRCP Rule 26(a)(1)(C)—are stayed until further order of the Court.

IT IS SO ORDERED.

Dated: March 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

Order Lifting Stay (2:18-cv-02230)