UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN ALLEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY CORRECTIONAL PEACE OFFICERS ASSOCIATION, et al.,<br><br>Defendants. | No. 2:18-cv-02230-MCE-CKD<br><br>**ORDER** |

On September 11, 2019, this Court entered an order granting Defendants' Motions to Dismiss (ECF Nos. 32, 38) with leave to amend. ECF No. 43. Pursuant to that Order, the Court advised:

> Not later than twenty (20) days following the date this Memorandum and Order is electronically filed, Plaintiffs may (but are not required to) file an amended complaint. If no amended complaint is timely filed, this action will be deemed dismissed with prejudice upon no further notice to the parties.

Id. No amended complaint has been filed.

///

///

///

///

1

Accordingly, this action is hereby DISMISSED with prejudice. The Clerk of the Court shall enter judgment in favor of Defendants and close this case.

IT IS SO ORDERED.

Dated: November 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE